**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 249 MAL 2016

            Respondent                :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

           v.                      :

                                      :

KEITH E. FULMER,                 :

                                      :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justices Donohue and Mundy did not participate in the consideration or decision of this matter.